**S. AMANDA MARSHALL, OSB # 95347**
United States Attorney
District of Oregon
**KEVIN DANIELSON, OSB # 06586**
Assistant United States Attorney
kevin.c.danielson@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2902
Telephone: (503) 727-1000
Facsimile: (503) 727-1117
       Attorneys for Defendant, U.S. Department of Veterans Affairs

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| **SPEARHEAD ROOFING, LLC, an Oregon limited liability corporation**<br>    Plaintiff,<br><br>    v.<br><br>**U.S. DEPARTMENT OF VETERANS AFFAIRS,**<br>    Defendant. | Case No. 1:15-cv-00147-CL<br><br>**DEFENDANT'S UNOPPOSED MOTION FOR EXTENTION OF TIME TO ANSWER** |

## CERTIFICATE OF COMPLIANCE WITH LR 7-1

Pursuant to LR 7-1, counsel for Defendant has conferred with Plaintiff's counsel, David W. Smiley, and he does not object to this extension of time.

.

## MOTION

Defendant U.S. Department of Veterans Affairs, by S. Amanda Marshall, United States Attorney for the District of Oregon, through Assistant U.S. Attorney Kevin Danielson, moves this Court for an additional 30 days from the answer date to respond to Plaintiff's complaint for the following reasons:

1. Plaintiff has alleged Defendant violated the Freedom of Information Act, 5 U.S.C. § 552.

2. Defendant's answer is due by March 30, 2015.

3. The parties are attempting to resolve this dispute without further litigation and require an additional 30 days from the answer date of March 30, 2015, to do so.

4. This extension of time is brought in good faith and not for purposes of delay.

## CONCLUSION

Defendant requests that its time to answer or respond to the complaint be extended to April 30, 2015.

Dated this 18th day of March 2015.

Respectfully submitted,

S. AMANDA MARSHALL
United States Attorney
District of Oregon

*/s/Kevin Danielson*
KEVIN DANIELSON
Assistant U.S. Attorney